### 7832. JONES *et al.* v. SHORES-MUELLER COMPANY.

JENKINS, J. This case was tried before the court without a jury, under authority given by the act creating the city court for Floyd county. Exceptions are taken only upon the general ground that the judgment was contrary to evidence. There being ample evidence to sustain the finding, under the repeated rulings of this court the judgment of the trial judge, refusing the motion for a new trial, will not be disturbed.

     *Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*
          DECIDED APRIL 3, 1917.

Complaint; from city court of Floyd county—Judge Nunnally. August 4, 1916.

*Eubanks & Mebane, I. F. Mundy,* for plaintiffs in error.
*Lipscomb & Willingham, Nathan Harris,* contra.